1  **SYLVIA A. BAIZ**
California Bar No. 124367
2  964 Fifth Avenue, Suite 214
San Diego, California  92101
3  Telephone:  (619) 544-1410
Facsimile: (619) 544-1473
4
Attorneys for Defendant **Yanez**
5

6                    **UNITED STATES DISTRICT COURT**

7                    **SOUTHERN DISTRICT OF CALIFORNIA**

8                         (**HON. ROGER T. BENITEZ**)

9

10 UNITED STATES OF AMERICA,    )      Case No. **08-CR-1629-BEN**
                                )
11         Plaintiff,            )
                                )
12 v.                            )
                                )      **JOINT MOTION TO CONTINUE**
                                )      **MOTION HEARING**
13 **GABRIEL YANEZ AYALA**       )
                                )
14         Defendant.            )
                                )
15
       IT IS HEREBY REQUESTED by the parties in the case, defendant Gabriel Yanez
16
Ayala, by and through his counsel, SYLVIA BAIZ, and the United States Attorney's Office,
17
by and through Assistant United States Attorney PAUL STARITA, that the motion hearing in
18
the above-entitled case, scheduled for August 5, 2008, at 2:00 p.m., be continued until
19
September 2, 2008 at 2:00 p.m.
20
       The undersigned Counsel, Sylvia Baiz, called the court's courtroom deputy to obtain
21
the new motion hearing date and that date is agreeable to all parties. The parties further agree
22
that the  additional time is excludable under the Speedy Trial Act.
23

24
Date:  July 29, 2008              s/Paul Starita
25                                **JOHN N. PARMLEY**
                                  Assistant United States Attorney
26

27
Date:  July 29, 2008              s/ Sylvia Baiz
28                                **SYLVIA BAIZ**
                                  Attorney for Mr. Gonzalez-Ramirez